**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elena Papanikolaou                                CHAPTER 13
                        Debtor(s)
                                                          BKY. NO. 19-11134 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 May 2023, 09:10:20, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322