Certificate Number: 12433-PAE-DE-038218517

Bankruptcy Case Number: 19-11134



12433-PAE-DE-038218517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2024, at 11:17 o'clock PM EST, Elena Papanikolaou completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2024

By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher