United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 19-11134-pmm
Elena Papanikolaou                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elena Papanikolaou, 3927 Dove Circle, Huntington Valley, PA 19006-2011 |
| 14281193 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14779318 | + | Nationstar Mortgage LLC., c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14279162 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14299494 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14278164 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14278165 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:36 | Amex/Bankruptcy, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14308284 | | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 15 2024 00:13:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14281181 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:16:39 | BMW Bank of North America, Department AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14280974 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:35 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14278167 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 15 2024 00:27:55 | BMW Financial Services, Attn: Bankruptcy Department, PO Box 3608, Dublin, OH 43016 |
| 14303786 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 15 2024 00:27:49 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14774586 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 15 2024 00:28:31 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |

Case 19-11134-pmm   Doc 57   Filed 03/16/24   Entered 03/17/24 00:31:49   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14304072 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:38 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma City OK 73118-7901 |
| 14278166 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2024 00:12:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14308016 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 15 2024 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14279571 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2024 00:12:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI. 02919 |
| 14278183 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2024 00:12:00 | RBS Citizens Cc, 1 Citizens Dr., MS: ROP 15B, Riverside, RI 02915 |
| 14301488 | + | Email/Text: RASEBN@raslg.com | Mar 15 2024 00:12:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14278169 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:54 | Citicards Cbna, Citi Bank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14278171 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14278172 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14278170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenity bank/J Crew, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14278173 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14278174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:26:58 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, PO Box 790040, St. Louis, MO 63179-0040 |
| 14278190 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:32 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14317807 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2024 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14283457 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14278176 | + | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14278177 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 15 2024 00:13:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14316484 | ^ | MEBN | Mar 15 2024 00:10:11 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 14278178 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 15 2024 00:12:00 | Hsbc Bank, HSBC Card Srvs/Attn: Bankruptcy, PO Box 4215, Buffolo, NY 14240-4215 |
| 14301861 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:16:11 | Chase Bank USA, N.A., PO BOX 15368, Wilmington DE 19850 |
| 14278168 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:27:52 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14278179 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2024 00:12:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14316045 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278181 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

Case 19-11134-pmm  Doc 57  Filed 03/16/24  Entered 03/17/24 00:31:49  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14779245 | ^ | MEBN | Mar 15 2024 00:10:01 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14321161 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 14320204 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14802565 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2024 00:12:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14278182 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 00:12:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14317607 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 00:12:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14314881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14314598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:28:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14314853 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2024 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14279398 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:28:36 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14278185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14278186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:15:43 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14278187 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:16:40 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14320778 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14321163 | | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, PO BOX3978, SEATTLE, WA 98124-3978 |
| 14278188 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14278189 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 15 2024 00:13:00 | US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14278175 | | Dimitri Papanikolaous |
| 14667242 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 14318512 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 57

| | | |
|---|---|---|
| 14278180 | ##+ | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name** — **Email Address**

BERNADETTE IRACE
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper birace@milsteadlaw.com  bkecf@milsteadlaw.com

BRANDON J PERLOFF
   on behalf of Debtor Elena Papanikolaou bperloff@perlofflaw.com
   kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

JASON BRETT SCHWARTZ
   on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROGER FAY
   on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Elena Papanikolaou
        Debtor(s)                              Case No: 19−11134−pmm
                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/14/24